**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6996**

———————

JAMI A. KHALIQ,

Plaintiff - Appellant,

versus

DANNY BLACKWELL, Doctor; JOYCE LLOYD, Nurse;
R. BROWN, Sergeant; R. BOWERS, Lieutenant;
D. WALTZ, Lieutenant; R. CHAVIS, Associate
Warden,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., District
Judge.  (CA-98-3129-2-17AJ)

———————

Submitted:  October 7, 1999          Decided:  October 14, 1999

———————

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jami A. Khaliq, Appellant Pro Se.  Daniel Roy Settana, Jr., John
Richard Delmore, MCKAY, MCKAY & SETTANA, P.A., Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jami A. Khaliq, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Khaliq v. Blackwell, No. CA-98-3129-2-17AJ (D.S.C. July 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED